**FENNEMORE CRAIG, P.C**.
Courtney Miller O'Mara
Nevada Bar No. 10683
Austin W. Slaughter
Nevada Bar No. 15645
7800 Rancharrah Parkway
Reno, Nevada 89511
Telephone:  (775) 788-2200
Email: comara@fennemorelaw.com
aslaughter@fennemorelaw.com

*Attorneys for American Battery Technology Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN BATTERY TECHNOLOGY COMPANY, a Nevada corporation.<br><br>Plaintiff,<br><br>vs.<br><br>TYSADCO PARTNERS LLC, a Delaware limited liability company<br><br>Defendant. | CASE NO: 3:24-cv-00434<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1 and 7-1 of the United States District Court for the District of Nevada, Courtney Miller O'Mara, Esq. and Austin Slaughter, Esq. of Fennemore Craig, P.C., on behalf of Plaintiff AMERICAN BATTERY TECHNOLOGY COMPANY ("Plaintiff") and Hannah E. Winston, Esq., Michael A. Burke, Esq., and David P. Nemecek Jr., Esq. on behalf of Defendant TYSADCO PARTNERS LLC ("Defendant"), hereby stipulate and agree to extend the deadline for Plaintiff to file a reply to Defendant's Opposition to the Motion to Dismiss.

The current deadline for the reply is September 5, 2025.  The parties stipulate and agree to extend the deadline to September 12, 2025.

This extension is requested due to a conflict relating to Plaintiff's counsel's schedule. This is the first request for an extension of this deadline. This request is made in good faith and not for the purpose of delay.

**IT IS SO STIPULATED**

DATED this 5th day of September, 2025.

**THE FORTRESS LAW FIRM, INC.**

By: */s/ David P. Nemecek Jr.*
David P. Nemecek Jr.
The Fortress Law Firm, Inc.
50 California Street, Ste. 1500
San Francisco, CA 94111
415-277-5400
david@fortress-law.com

**ROBINSON SHARP SULLIVAN & BRUST**

Hannah E. Winston, Esq.
Michael A. Burke, Esq.
Robison, Sharp, Sullivan & Brust
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Facsimile: (775) 329-7941
Email: hwinston@rssblaw.com
         mburke@rssblaw.com

*Attorneys for Defendant*

**FENNEMORE CRAIG P.C.**

By: */s/ Austin Slaughter*
Courtney Miller O'Mara
Nevada Bar No. 10683
Austin W. Slaughter
Nevada Bar No. 15645

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** September 8, 2025