# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

AMERICAN BATTERY TECHNOLOGY CO.,

Plaintiffs,

v.

TYSADCO PARTNERS LLC.,

Defendant.

Case No. 3:24-CV-00434-MMD-CLB

**ORDER GRANTING DEFENDANT'S MOTION TO SUBSTITUTE ATTORNEY**

[ECF No. 84]

Before the Court is Defendant Tysadco Partners' motion to substitute Alexander K. Calaway, Esq. and Jared M. Moser, Esq. as their counsel of record. (ECF No. 84.) Good cause appearing, Tysadco's motion is **GRANTED**. The Clerk is directed to update the docket accordingly.

**IT IS SO ORDERED**.

**DATED**: June 22, 2026____.

_____
**UNITED STATES MAGISTRATE JUDGE**